IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SELENA DUNSON

    Plaintiff,      :    Case No. 3:10-cv-441

- vs -           :    District Judge Walter Herbert Rice
                Magistrate Judge Michael R. Merz
HOOVEN-DAYTON CORP.,    :

    Defendants.     :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

  The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #6), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

  Accordingly, it is hereby ORDERED that Plaintiff's second claim for relief for negligent infliction of emotional distress under Ohio Law is DISMISSED with prejudice.

January 4, 2011.

                     _____
                         Walter Herbert Rice
                         United States District Judge