IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SELENA DUNSON,                          :

     Plaintiff,                       :     Case No. 3:10-cv-441

                                         :

  -vs-                                       Magistrate Judge Michael R. Merz

                                         :

HOOVEN-DAYTON CORP.,

                                         :

     Defendant.

## ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

        You are hereby notified that Defendant Hoover-Dayton Corp. filed with the Court on February 3, 2012, a motion for summary judgment in this case [Doc # 30]. You should receive a copy of the motion directly from the Defendant.

        Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (February 24, 2012) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you. Your response must be filed with the Court not later than February 27, 2012.

February 3, 2012.

                                                            s/ **Michael R. Merz**
                                                         United States Magistrate Judge